THE PRESBYTERIAN HOSPITAL v. CORNELIUS EUGENE McCARTHA AND SALLY W. McCARTHA

No. 83PA84

(Filed 4 December 1984)

ON discretionary review of the decision of the Court of Appeals, 66 N.C. App. 177, 310 S.E. 2d 409 (1984), remanding the cause to the Superior Court, MECKLENBURG County, for entry of an order reversing the judgment against the defendant Sally W. McCartha entered by *Kirby, J.*, 2 December 1982, and dismissing plaintiff's claim against Sally W. McCartha. Heard in the Supreme Court 12 November 1984.

*Miller, Johnston, Taylor & Allison, by Robert J. Greene, Jr. and Paul A. Kohut, for plaintiff.*

*Warren C. Stack for defendant Sally W. McCartha.*

PER CURIAM.

Discretionary review improvidently allowed.